1  CAROLINE D. CIRAOLO
   Acting Assistant Attorney General
2
3  CHARLES J. BUTLER
   Trial Attorney, Tax Division
4  U.S. Department of Justice
   P.O. Box 683, Ben Franklin Station
5  Washington, D.C. 20044-0683
   (202) 514-6062
6  Charles.J.Butler@usdoj.gov
7
   *Attorneys for the United States of America*
8
   MICHAEL C. ORMSBY
9  United States Attorney
   *Of Counsel*
10
11
                UNITED STATES DISTRICT COURT
12              EASTERN DISTRICT OF WASHINGTON
13
   UNITED STATES OF AMERICA,
14
           Plaintiff,                    Civil No. 15-cv-3177
15
                                         **STIPULATION AND ORDER
           v.                            FOR ENTRY OF
16                                       PERMANENT INJUNCTION**
17 JOSE MAGANA and GENESIS
   BOOKKEEPING AND
18 ACCOUNTING,
19
           Defendants.
20
21         The United States of America, through its undersigned counsel, and
22 Defendants Jose Magana and Genesis Bookkeeping and Accounting (collectively,
23

Stipulation and Order for Entry of Permanent Injunction - 1

"the Defendants") hereby stipulate and agree to request that the Court enter a permanent injunction against the Defendants as follows:

1. The Court finds that the Defendants continually have engaged in conduct subject to penalty under 26 U.S.C. §§ 6694 and 6701. Injunctive relief is appropriate under 26 U.S.C. §§ 7402 and 7407, and under the Court's inherent equity powers, to prohibit the Defendants from acting as tax return preparers and engaging in conduct subject to penalty under 26 U.S.C. §§ 6694 and 6701.

2. The Court also finds that the Defendants have engaged in conduct that substantially interferes with the enforcement and administration of the internal revenue laws. Injunctive relief against them, pursuant to 26 U.S.C. §§ 7407(b) and 7402(a), as well as the Court's inherent equity powers, is necessary to prevent recurrence of that conduct.

3. Pursuant to 26 U.S.C. §§ 7402, 7407, and 7408, the Court orders that the Defendants (individually and doing business under any other name or entity), and their representatives, agents, servants, and employees, are permanently enjoined, directly or indirectly, from:

  (a) Acting as a federal tax return preparer or requesting, assisting in, or directing the preparation or filing of federal tax returns for any person or entity other than themselves or a legal spouse;

(b) Representing, or assisting in the representation of, any person or entity, other than themselves or a legal spouse, before the IRS;

(c) Instructing, advising, or assisting, directly or indirectly, others to violate the tax laws, including to evade the payment of taxes;

(d) Engaging in activity subject to penalty under 26 U.S.C. § 6694, such as preparing federal income tax returns that understate tax liabilities;

(e) Engaging in activity subject to penalty under 26 U.S.C. § 6701, such as assisting in, procuring, or advising with respect to the preparation of any portion of a return, affidavit, claim, or other document, when knowing or having reason to believe that the relevant portion will be used in connection with a material matter arising under the internal revenue laws, and knowing that the relevant portion will result in the material understatement of another person's tax liability; and

(f) Engaging in any other conduct that interferes with the administration and enforcement of the internal revenue laws.

4. The Court orders that the Defendants (1) contact by mail (and by email if an email address is known) the persons and entities who, since January 1, 2010, have paid or otherwise retained them to prepare tax returns, and inform them of this Order of Permanent Injunction, attaching a copy of the Order; and (2) provide to counsel for the United States, within 30 days of this Order's entry, a

Stipulation and Order for Entry of Permanent Injunction - 3

certification signed under penalty of perjury stating that they have done so. The mailings shall include a cover letter agreed to by United States' counsel and shall not include any other documents or enclosures, apart from the Order.

5. Pursuant to 26 U.S.C. §§ 7402(a), 7407, and 7408, the Court orders that the Defendants shall produce to counsel for the United States, within 30 days of entry of the Court's Order, a list that identifies by name, social security number, address, email address, telephone number, and relevant tax periods all persons for whom they prepared federal tax returns or claims for refund for tax years 2010 through the present.

6. The Court orders that the Defendants are prohibited from owning, controlling, or managing any business involving tax return preparation and/or tax advice, or from maintaining a professional presence in any premises, whether an office, place of business, dwelling, or other location, where tax returns are being prepared for a fee or professional tax services are being provided.

7. The United States may conduct post-judgment discovery to ensure compliance with this Order of Permanent Injunction.

8. The Court shall retain jurisdiction over this action to ensure compliance with the injunction.

Stipulation and Order for Entry of Permanent Injunction - 4

1  Dated: January 28, 2016                         CAROLINE D. CIRAOLO
2                                                  Acting Assistant Attorney General
3                                                  /s/ Charles J. Butler
                                                   CHARLES J. BUTLER
4                                                  Trial Attorney, Tax Division
                                                   U.S. Department of Justice
5                                                  P.O. Box 683
6                                                  Washington, D.C. 20044

7                                                  *Attorneys for the United States*

8
9  Dated: February 10, 2016
10                                                 Jose Magana
                                                   915 King St.
11                                                 Grandview, Washington 98930
12
                                                   *Individually and on behalf of*
13                                                 *Genesis Bookkeeping and Accounting*

14
15
16
17
18
19
20
21
22
23

Stipulation and Order for Entry of Permanent Injunction - 5

SO ORDERED.

Dated: ___April 19_____, 2016.


                                    *s/Lonny R. Suko*
                                    _____
                                    HONORABLE LONNY R. SUKO
                                    United States District Judge